UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COUNTY OF SAN MATEO, individually and on behalf of the People of the State of California,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>Defendants-Appellants. | No.    18-15499<br><br>D.C. No. 3:17-cv-04929-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| CITY OF IMPERIAL BEACH, individually and on behalf of the People of the State of California,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>Defendants-Appellants. | No.    18-15502<br><br>D.C. No. 3:17-cv-04934-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| COUNTY OF MARIN, individually and on behalf of the People of the State of California,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>Defendants-Appellants. | No.    18-15503<br><br>D.C. No. 3:17-cv-04935-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

SSL/MOATT

| | |
|---|---|
| COUNTY OF SANTA CRUZ, individually and on behalf of The People of the State of California; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHEVRON CORPORATION; et al., <br><br> Defendants-Appellants. | No.   18-16376 <br><br> D.C. Nos.   3:18-cv-00450-VC <br> 3:18-cv-00458-VC <br> 3:18-cv-00732-VC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  SCHROEDER, SILVERMAN, and M. SMITH, Circuit Judges.

The parties' joint motion to consolidate appeals 18-15499, 18-15502, 18-15503 and 18-16376 (Docket Entry No. 57 in 18-15499, Docket Entry No. 52 in 18-15502, Docket Entry No. 49 in 18-15503, and Docket Entry No. 7 in 18-16376) is granted.  Appeals 18-15499, 18-15502, 18-15503, and 18-16376 are consolidated.

Appellees' motion for partial dismissal (Docket Entry No. 41 in 18-15499, Docket Entry No. 37 in 18-15502, and Docket Entry No. 32 in 18-15503) is referred to the panel assigned to decide the merits of this appeal for whatever consideration the panel deems appropriate.

The following briefing schedule shall govern these consolidated appeals: the consolidated opening brief and excerpts of record are due October 22, 2018; the consolidated answering brief is due November 21, 2018; and the consolidated optional reply brief is due within 21 days after service of the answering brief.