JOHN C. BEIERS (SBN 144282)
jbeiers@smcgov.org
PAUL A. OKADA (SBN 197100)
pokada@smcgov.org
DAVID A. SILBERMAN (SBN 211708)
dsilberman@smcgov.org
ANDREA N. DONAHUE (SBN 323512)
adonahue@smcgov.org
**SAN MATEO COUNTY COUNSEL**
400 County Center, 6th Floor
Redwood City, CA 94063
Tel: (650) 363-4250
Fax: (650) 363-4034

*Attorneys for the County of San Mateo*

BRIAN E. WASHINGTON (SBN 146807)
bwashington@marincounty.org
BRIAN C. CASE (SBN 254218)
bcase@marincounty.org
**OFFICE OF THE COUNTY COUNSEL
OF MARIN**
3501 Civic Center Drive Suite 275
San Rafael, CA 94903
Tel: (415) 473-6117
Fax: (415) 473-3796

*Attorneys for the County of Marin*

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| The COUNTY OF SAN MATEO, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | First Filed Case No. 3:17-cv-04929-VC<br><br>Related to Case No. 3:17-cv-4934-VC<br>Related to Case No. 3:18-cv-0450-VC<br>Related to Case No. 3:17-cv-4935-VC<br>Related to Case No. 3:18-cv-0458-VC<br>Related to Case No. 3:18-cv-0732-VC<br><br>**DECLARATION OF ADAM M. SHAPIRO IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONFIRM STAY OF THE REMAND ORDER OR, IN THE ALTERNATIVE, TO DELAY REMAND** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | The CITY OF IMPERIAL BEACH, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHEVRON CORP., et al.,<br><br>        Defendants | Case No. 3:17-cv-4934-VC |
| 7<br>8<br>9<br>10<br>11<br>12 | THE COUNTY OF SANTA CRUZ, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHEVRON CORP., et al.,<br><br>        Defendants. | Case No. 3:18-cv-0450-VC |
| 13<br>14<br>15<br>16<br>17<br>18 | THE COUNTY OF MARIN, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>        Plaintiff,<br><br>        v.<br><br>CHEVRON CORP., et al.,<br><br>        Defendants. | Case No. 3:17-cv-4935-VC |
| 19<br>20<br>21<br>22<br>23<br>24<br>25 | THE CITY OF SANTA CRUZ, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHEVRON CORP., et al.,<br><br>        Defendants. | Case No. 3:18-cv-0458-VC |
| 26<br>27<br>28 | THE CITY OF RICHMOND, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiff, | Case No. 3:18-cv-0732-VC |

**DECLARATION OF ADAM M. SHAPIRO IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONFIRM STAY OF THE REMAND ORDER OR, IN THE ALTERNATIVE, TO DELAY REMAND**

v.

CHEVRON CORP., et al.,

Defendants.

1      I, Adam M. Shapiro, declare as follows:

2      1.      I am an attorney duly admitted to practice before all courts of the State of California

3   and in the United States District Court for the Northern District of California. I am an attorney in

4   the law firm of Sher Edling LLP, attorneys for Plaintiffs The County of San Mateo, The City of

5   Imperial Beach, The County of Santa Cruz, The County of Marin, The City of Santa Cruz and the

6   City of Richmond. I submit this Declaration in support of Plaintiffs' Response to Defendants'

7   Administrative Motion to Confirm Stay of the Remand Order or, in the alternative, to Delay

8   Remand.  I have personal knowledge of the facts set forth below, and if called upon to testify, I

9   could and would competently testify to them.

10      2.      Attached hereto as **Exhibit 1** is a true and correct copy of Defendants' Motion to

11   Stay Mandate filed on August 10, 2020 with the United States Court of Appeals for the Ninth

12   Circuit for case nos. 18-15499, 18-15502, 18-15503 and 18-16376.

13      3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Tenth Circuit's

14   decision in *Bd. of Cty. Commissioners of Boulder County v. Suncor Energy, Inc.*, 10th Cir. Case

15   No. 19-1330, Doc. No. 10687694 (Oct. 17, 2019).

16      4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Fourth Circuit's

17   decision in *Mayor and City Council of Baltimore v. BP P.L.C.,* 4th Cir. Case No. 19-1644, Dkt

18   No. 116 (Oct. 1, 2019).

19      5.      Attached hereto as **Exhibit 4** is a true and correct copy of the First Circuit's

20   decision in *State of Rhode Island v. Shell Oil Products Company*, LLC, 1st Cir, Case No.

21   19-1818, Doc No. 00117499123 (Oct. 7, 2019)

22      I declare under penalty of perjury that the foregoing is true and correct.

23

24   Executed this 14th day of August,          **SHER EDLING LLP**
25   2020.

26                                     By:   */s/ Adam M. Shapiro*
                                             Adam M. Shapiro
27                                           *Attorneys for Plaintiffs*

28

ANTHONY P. CONDOTTI (SBN 149886)
tcondotti@abc-law.com
**ATCHISON, BARISONE &**
**CONDOTTI, APC**
City Attorney for City of Santa Cruz
333 Church St.
Santa Cruz, CA 95060
Tel: (831) 423-8383

*Attorney for the City of Santa Cruz*

DANA McRAE (SBN 142231)
dana.mcrae@santacruzcounty.us
JORDAN SHEINBAUM (SBN 190598)
Jordan.sheinbaum@santacruzcounty.us
**SANTA CRUZ OFFICE OF THE**
**COUNTY COUNSEL**
701 Ocean Street, Room 505
Santa Cruz, CA 95060
Tel: (831) 454-2040
Fax: (831) 454-2115

*Attorney for the County of Santa Cruz*

RACHEL H. SOMMOVILLA (SBN 231529)
Rachel_sommovilla@ci.richmond.ca.us
**CITY ATTORNEY'S OFFICE FOR**
**CITY OF RICHMOND**
450 Civic Center Plaza
Richmond, CA 94804
Tel: (510) 620-6509
Fax: (510) 620-6518

*Attorney for the City of Richmond*

VICTOR M. SHER (SBN 96197)
vic@sheredling.com
MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
MARTIN D. QUIÑONES (SBN 293318)
marty@sheredling.com
ADAM M. SHAPIRO (SBN 267429)
adam@sheredling.com
**SHER EDLING LLP**
100 Montgomery Street, Ste. 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929

*Attorneys for Plaintiffs*

JENNIFER LYON (SBN 215905)
jlyon@mcdougallove.com
STEVEN E. BOEHMER (SBN 144817)
sboehmer@mcdougallove.com
**McDOUGAL, LOVE, BOEHMER,**
**FOLEY, LYON & CANLAS**
CITY ATTORNEY FOR CITY OF
IMPERIAL BEACH
8100 La Mesa Boulevard, Ste. 200
La Mesa, CA 91942
Tel: (619) 440-4444
Fax: (619) 440-4907

*Attorney for the City of Imperial Beach*

**DECLARATION OF ADAM M. SHAPIRO IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONFIRM STAY OF THE REMAND ORDER OR, IN THE ALTERNATIVE, TO DELAY REMAND**

2

# EXHIBIT 1

Nos. 18-15499, 18-15502, 18-15503, 18-16376

IN THE

# United States Court of Appeals for the Ninth Circuit

_____

| | |
|---|---|
| COUNTY OF SAN MATEO, <br> Plaintiff-Appellee, <br> v. <br> CHEVRON CORPORATION, *et al.*, <br> Defendants-Appellants. | No. 18-15499 <br> No. 17-cv-4929-VC <br> N.D. Cal., San Francisco <br> Hon. Vince Chhabria presiding |
| CITY OF IMPERIAL BEACH, <br> Plaintiff-Appellee, <br> v. <br> CHEVRON CORPORATION, *et al.*, <br> Defendants-Appellants. | No. 18-15502 <br> No. 17-cv-4934-VC <br> N.D. Cal., San Francisco <br> Hon. Vince Chhabria presiding |
| COUNTY OF MARIN, <br> Plaintiff-Appellee, <br> v. <br> CHEVRON CORPORATION, *et al.*, <br> Defendants-Appellants. | No. 18-15503 <br> No. 17-cv-4935-VC <br> N.D. Cal., San Francisco <br> Hon. Vince Chhabria presiding |
| COUNTY OF SANTA CRUZ; et al., <br> Plaintiffs-Appellees <br> v. <br> CHEVRON CORPORATION; et al., <br> Defendants-Appellants. | No. 18-16376 <br> Nos. 18-cv-00450-VC; 18-cv-00458-VC; <br> 18-cv-00732-VC <br> N.D. Cal., San Francisco <br> Hon. Vince Chhabria presiding |

## MOTION TO STAY THE MANDATE

Thomas G. Hungar
Joshua S. Lipshutz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
thungar@gibsondunn.com
jlipshutz@gibsondunn.com

Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
tboutrous@gibsondunn.com

*Counsel for Defendants-Appellants Chevron Corporation and*
*Chevron U.S.A., Inc.*
[*Additional counsel listed on signature page*]

**TABLE OF CONTENTS**

Page

INTRODUCTION ..................................................................... 1

BACKGROUND ..................................................................... 2

ARGUMENT ......................................................................... 3

I.    Defendants' Petition Will Present A Substantial Question ..............................3

II.   There Is Good Cause To Stay The Mandate.....................................6

CONCLUSION ....................................................................... 8

# TABLE OF AUTHORITIES

Page(s)

## Cases

*American Electric Power Co. v. Connecticut*,
  564 U.S. 410 (2011) ............................................................... 6

*Board of County Commissioners of Boulder County v. Suncor Energy
  (U.S.A.) Inc.*,
  965 F.3d 792 (10th Cir. 2020) ........................................... 4, 5

*Bryant v. Ford Motor Co.*,
  886 F.2d 1526 (9th Cir. 1989) ................................................ 3

*City of Milwaukee v. Illinois*,
  451 U.S. 304 (1981) ................................................................ 5

*Colorado River Water Conservation District v. United States*,
  424 U.S. 800 (1976) ................................................................ 7

*Illinois v. City of Milwaukee*,
  406 U.S. 91 (1972) .................................................................. 5

*Int'l Paper Co. v. Ouellette*,
  479 U.S. 481 (1987) ................................................................ 5

*Lu Junhong v. Boeing Co.*,
  792 F.3d 805 (7th Cir. 2015) .................................................. 3

*Mata v. Lynch*,
  576 U.S. 143 (2015) ................................................................ 7

*Mayor & City Council of Baltimore v. BP p.l.c.*,
  952 F.3d 452 (4th Cir. 2020) ............................................... 4, 5

*Patel v. Del Taco, Inc.*,
  446 F.3d 996 (9th Cir. 2006) .................................................. 2

*Yamaha Motor Corp., U.S.A. v. Calhoun*,
  516 U.S. 199 (1996) ............................................................ 4, 5

# TABLE OF AUTHORITIES

*(continued)*

Page(s)

**Statutes**

28 U.S.C. § 1442 .................................................................................2, 3

28 U.S.C. § 1447(d) ..............................................................................5

**Rules**

9th Cir. R. 41-1 ....................................................................................6

Fed. R. App. P. 41(b) ...........................................................................3

Fed. R. App. P. 41(d)(1) .......................................................................3

S. Ct. R. 10(a) ......................................................................................4

S. Ct. R. 10(c) ......................................................................................4

## INTRODUCTION

Pursuant to Federal Rule of Appellate Procedure 41(d)(1), Defendants-Appellants respectfully move this Court to stay issuance of the mandate pending the filing and disposition of a timely petition for a writ of certiorari with the Supreme Court of the United States.  A stay is warranted because Defendants' petition for certiorari will raise a substantial question that has divided the circuits, namely, whether a court of appeals has jurisdiction under 28 U.S.C. § 1447(d) to review the entire remand order in a case removed in part under 28 U.S.C. §§ 1442 or 1443, or whether appellate jurisdiction is limited to those two grounds for removal.  At least one such petition for certiorari is currently pending before the Supreme Court and will likely be acted upon at the beginning of the Court's October Term.  *See BP p.l.c. v. Mayor & City Council of Baltimore*, No. 19-1189 (distributed for Conference on Sept. 29, 2020).

Absent a stay, these six cases may be remanded to four different California state courts based on the Court's conclusion that removal was not proper under 28 U.S.C. § 1442, even though the Court has not considered whether removal was proper on any of the other grounds presented in Defendants' notice of removal.  That potential harm amply justifies a stay of the mandate.  Plaintiffs-Appellees oppose this motion.

1

## BACKGROUND

Plaintiffs filed six separate actions against more than 30 energy companies in California state court, alleging that "the dominant cause of global warming and sea level rise" is worldwide "greenhouse gas pollution," ER216, and that "Defendants, through their extraction, promotion, marketing, and sale of their fossil fuel products, caused approximately 20% of global fossil fuel product-related $CO_2$ between 1965 and 2015, with contributions currently continuing unabated," ER247. Asserting numerous causes of action under California tort law, including for public and private nuisance, Plaintiffs demand compensatory and punitive damages, disgorgement of profits, abatement of the alleged nuisances, and other relief. ER292–312.

Defendants removed the actions to the Northern District of California. The notices of removal asserted seven independent grounds for federal jurisdiction, including the federal-officer removal statute, 28 U.S.C. § 1442. ER145–47. Plaintiffs filed a motion to remand, which the district court granted. ER5–6.

The panel dismissed Defendants' appeal in all but one respect. Citing this Court's decision in *Patel v. Del Taco, Inc.*, 446 F.3d 996 (9th Cir. 2006), the panel held that, under 28 U.S.C. § 1447(d), it "ha[d] jurisdiction to review [Defendants'] appeal to the extent the remand order addresses § 1442(a)(1), but [it] lack[ed] jurisdiction to review their appeal from the portions of the remand order considering the . . . other bases for subject-matter jurisdiction." Op. 19. The panel acknowledged

2

that the Seventh Circuit had reached the opposite conclusion in *Lu Junhong v. Boeing Co.*, 792 F.3d 805 (7th Cir. 2015)—and even stated that, "[w]ere [it] writing on a clean slate, [it] might conclude that *Lu Junhong* provides a more persuasive interpretation of § 1447(d) than *Patel*." Op. 23. But the panel found itself "bound by *Patel* until abrogated by intervening higher authority." *Id.*

Defendants filed a petition for rehearing en banc on July 9, 2020. Dkt. 170. On August 4, 2020, the Court denied Defendants' petition. Dkt. 235. Absent a stay, the mandate will issue on August 11, 2020. Fed. R. App. P. 41(b).

## ARGUMENT

This Court may stay the mandate when a petition for certiorari "would present a substantial question and . . . there is good cause for a stay." Fed. R. App. P. 41(d)(1). "No exceptional circumstances need be shown to justify a stay." *Bryant v. Ford Motor Co.*, 886 F.2d 1526, 1528 (9th Cir. 1989).

## I.     Defendants' Petition Will Present A Substantial Question

Defendants' petition for a writ of certiorari will present the question whether 28 U.S.C. § 1447(d) permits a court of appeals to review any issue encompassed in a district court's order remanding a removed case to state court when the removing defendant premised removal in part on the federal-officer removal statute, 28 U.S.C. § 1442. As this Court and others have acknowledged, there is a conflict among the federal courts of appeals on this important question of appellate jurisdiction. *See*

3

Op. 19–23; *Board of County Commissioners of Boulder County v. Suncor Energy (U.S.A.) Inc.*, 965 F.3d 792 (10th Cir. 2020); *Mayor & City Council of Baltimore v. BP p.l.c.*, 952 F.3d 452, 460 (4th Cir. 2020), *petition for cert. filed*, No. 19-1189 (Mar. 31, 2020). The existence of this conflict alone indicates that there is a considerable likelihood that the Supreme Court will grant certiorari. *See* S. Ct. R. 10(a) ("the reasons the Court considers" in granting review include whether "a United States court of appeals has entered a decision in conflict with the decision of another United States court of appeals").

A stay is also warranted because this recurring and important issue has not been specifically addressed by the Supreme Court, and the approach adopted in *Patel* and followed by the panel is in clear tension with the Supreme Court's decision in a closely analogous jurisdictional context. *See* S. Ct. R. 10(c) (noting that review may be proper where "a United States court of appeals has decided an important question of federal law that has not been, but should be, settled by this Court, or has decided an important federal question in a way that conflicts with relevant decisions of this Court").

In *Yamaha Motor Corp., U.S.A. v. Calhoun*, 516 U.S. 199 (1996), the Supreme Court held that 28 U.S.C. § 1292(b), which confers appellate jurisdiction over "order[s]" certified by the district court for interlocutory review, confers appellate jurisdiction to "address any issue fairly included within the certified order because

4

it is the *order* that is appealable, and not the controlling question identified by the district court.'" *Id.* at 205. Here, too, the statute in question confers appellate jurisdiction over "*an order* remanding a case to the State court from which it was removed." 28 U.S.C. § 1447(d) (emphasis added). Yet *Patel* held that jurisdiction does *not* extend to the order, but only to specific *issues* addressed *in* the order, contrary to the reasoning in *Yamaha*.

This question is recurring and important. It affects the congressionally conferred rights of litigants to a federal judicial forum, and it has arisen in multiple federal courts of appeals in this year alone. *See BP*, 952 F.3d at 458–61; *Suncor Energy (U.S.A.) Inc.*, 2020 WL 3777996, at *3–17; *see also Rhode Island v. Shell Oil Prods. Co., LLC, et al.*, No. 19-1818 (1st Cir. argument scheduled Sept. 11, 2020).

It is also potentially dispositive in this case. Defendants' lead argument in favor of removal is that Plaintiffs' claims "arise under" federal law because they are necessarily governed by federal common law as a matter of constitutional structure. This argument has substantial support in Supreme Court precedent. *See, e.g., Illinois v. City of Milwaukee*, 406 U.S. 91, 103 (1972) ("When we deal with air and water in their ambient or interstate aspects, there is a federal common law."); *City of Milwaukee v. Illinois*, 451 U.S. 304, 313 n.7 (1981) ("[I]f federal common law exists, it is because state law cannot be used."); *Int'l Paper Co. v. Ouellette*, 479 U.S. 481, 488

5

(1987) ("[I]nterstate water pollution is a matter of federal, not state, law."); *American Electric Power Co. v. Connecticut*, 564 U.S. 410, 421 (2011) ("Environmental protection is undoubtedly an area 'within national legislative power,' one in which federal courts may fill in 'statutory interstices,' and, if necessary, even 'fashion federal law.'"). And the United States recently filed an amicus brief in support of a pending petition for rehearing and rehearing *en banc* in a closely related case making precisely this point, and emphasizing the importance of this jurisdictional issue. *See* Brief of the United States as *Amicus Curiae* in Support of the Petition for Rehearing, *City of Oakland v. B.P. p.l.c.*, No. 18-16663 (9th Cir.), Dkt. 198 at 4 ("Here, the interstate pollution claims asserted by the Cities arise under federal common law."); *id*. at 5 ("Such claims present important questions relating to constitutional structure, federal statutes, separation of powers, and federalism; it is essential that they be afforded a federal forum.").

As a result, Defendants' petition will present a substantial question, and will not be "filed merely for delay." 9th Cir. R. 41-1.

## II.    There Is Good Cause To Stay The Mandate

Absent a stay of the mandate, this action may be remanded to state court for further proceedings while the Supreme Court considers whether to grant Defendants'

petition for a writ of certiorari.[*]  If a remand occurs and the panel's decision is ulti-
mately reversed, not only will Defendants have been denied (for months, if not years)
the federal forum to which they are entitled, but this Court will have forsworn its
"virtually unflagging obligation . . . to exercise the jurisdiction given [it]." *Colorado
River Water Conservation District v. United States*, 424 U.S. 800, 817 (1976); *see,
e.g.*, *Mata v. Lynch*, 576 U.S. 143, 150 (2015).

Moreover, Defendants could be forced to incur substantial burden and ex-
pense litigating these six cases in four different state courts, which could entail brief-
ing and resolution of various threshold and dispositive motions as well as potentially
extensive discovery.  Those harms will be irremediable if the remand is ultimately
determined to be improper and further proceedings in federal court are required.  The
interests of judicial economy would also be served by a stay, as there is no need to
recommence proceedings in state court while the question of federal jurisdiction has
not yet been finally resolved.

---

[*]  In the proceedings below, the district court stayed issuance of the remand orders
pending appeal. *See* Nos. 17-cv-4929+ (N.D. Cal.), Dkt. 240; Nos. 18-cv-450+
(N.D. Cal.), Dkt. 142.  In Defendants' view, those stays extend through the dis-
position of a petition for a writ of certiorari by the Supreme Court.  Out of an
abundance of caution, Defendants are seeking clarification from the district court
regarding the scope of the stay orders.

## CONCLUSION

This Court should stay issuance of the mandate pending the filing and disposition of a timely petition for writ of certiorari.

Dated:  August 10, 2020                     Respectfully submitted,

By: */s/ Jonathan W. Hughes*                By: ***/s/ Theodore J. Boutrous, Jr.*

Jonathan W. Hughes                          Theodore J. Boutrous, Jr.
ARNOLD & PORTER KAYE                        Thomas G. Hungar
SCHOLER LLP                                 Andrea E. Neuman
Three Embarcadero Center, 10th Floor        William E. Thomson
San Francisco, California  94111-4024       Joshua S. Lipshutz
Telephone: (415) 471-3100                   GIBSON, DUNN & CRUTCHER LLP
Facsimile: (415) 471-3400                   333 South Grand Avenue
E-mail:  jonathan.hughes@apks.com           Los Angeles, CA 90071
                                            Telephone: (213) 229-7000
Matthew T. Heartney                         Facsimile: (213) 229-7520
John D. Lombardo                            E-mail:  tboutrous@gibsondunn.com
ARNOLD & PORTER KAYE                        E-mail:  aneuman@gibsondunn.com
SCHOLER LLP                                 E-mail:  wthomson@gibsondunn.com
777 South Figueroa Street, 44th Floor       E-mail:  jlipshutz@gibsondunn.com
Los Angeles, California  90017-5844
Telephone: (213) 243-4000                   Herbert J. Stern
Facsimile: (213) 243-4199                   Joel M. Silverstein
E-mail:  matthew.heartney@apks.com          STERN & KILCULLEN, LLC
E-mail:  john.lombardo@apks.com             325 Columbia Turnpike, Suite 110
                                            Florham Park, NJ 07932-0992
Philip H. Curtis                            Telephone: (973) 535-1900
Nancy Milburn                               Facsimile: (973) 535-9664
ARNOLD & PORTER KAYE                        E-mail:  hstern@sgklaw.com
SCHOLER LLP                                 E-mail:  jsilverstein@sgklaw.com
250 West 55th Street
New York, NY 10019-9710                     Neal S. Manne
Telephone: (212) 836-8383                   Johnny W. Carter
Facsimile: (212) 715-1399                   Erica Harris
E-mail:  philip.curtis@apks.com             Steven Shepard
E-mail:  nancy.milburn@apks.com             SUSMAN GODFREY LLP
                                            1000 Louisiana, Suite 5100
*Attorneys for Defendants BP P.L.C.*        Houston, TX 77002
*and BP AMERICA, INC.*                      Telephone: (713) 651-9366
                                            Facsimile: (713) 654-6666
                                            E-mail:  nmanne@susmangodfrey.com

9

E-mail:  jcarter@susmangodfrey.com
E-mail:  eharris@susmangodfrey.com
E-mail:  shepard@susmangodfrey.com

*Attorneys for Defendants CHEVRON
CORP. and CHEVRON U.S.A., INC.*

** Pursuant to Ninth Circuit L.R. 25-5(e), counsel attests that all other parties on whose behalf the filing is submitted concur in the filing's contents

By: /s/ *Sean C. Grimsley*

Sean C. Grimsley
Jameson R. Jones
BARTLIT BECK LLP
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone:  303-592-3123
Facsimile:  303-592-3140
Email: sean.grimsley@bartlitbeck.com
Email: jameson.jones@bartlit-beck.com

Megan R. Nishikawa
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email:  mnishikawa@kslaw.com

Tracie J. Renfroe
Carol M. Wood
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
Email:  trenfroe@kslaw.com
Email:  cwood@kslaw.com

Attorneys for Defendants
CONOCOPHILLIPS and CONO-
COPHILLIPS COMPANY

By: /s/ *Dawn Sestito*

M. Randall Oppenheimer
Dawn Sestito
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-Mail:  roppenheimer@omm.com
E-Mail:  dsestito@omm.com

Theodore V. Wells, Jr.
Daniel J. Toal
Jaren E. Janghorbani
PAUL, WEISS, RIFKIND, WHAR-
TON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-Mail: twells@paulweiss.com
E-Mail: dtoal@paulweiss.com
E-Mail: jjanghorbani@paulweiss.com

*Attorneys for Defendant*
*EXXON MOBIL CORPORATION*

By: */s/ David C. Frederick*

David C. Frederick
Brendan J. Crimmins
KELLOGG, HANSEN, TODD, FI-
GEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: dfrederick@kellogghan-
sen.com
E-mail: bcrimmins@kellogghan-
sen.com

*Attorneys for Defendants ROYAL
DUTCH SHELL PLC and SHELL OIL
PRODUCTS COMPANY LLC*

By: */s/ Kevin Orsini*

Kevin Orsini
Vanessa A. Lavely
CRAVATH, SWAINE & MOORE
LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
E-mail: korsini@cravath.com
E-mail: vlavely@cravath.com

*Attorneys for Defendant
ANADARKO PETROLEUM CORPO-
RATION*

By: */s/ Steven M. Bauer*

Steven M. Bauer
Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

*Attorneys for Defendant
PHILLIPS 66*

By: */s/ Patrick W. Mizell*

Mortimer Hartwell
VINSON & ELKINS LLP
555 Mission Street Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6930
E-mail: mhartwell@velaw.com

Patrick W. Mizell
VINSON & ELKINS LLP
1001 Fannin Suite 2300
Houston, TX 77002
Telephone: (713) 758-2932
E-mail: pmizell@velaw.com

*Attorneys for Defendant
APACHE CORPORATION*

By: /s/ David E. Cranston

David E. Cranston
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor,
Los Angeles, CA 90067
Telephone: (310) 785-6897
Facsimile: (310) 201-2361
E-mail: DCranston@green-
bergglusker.com

*Attorneys for Defendant*
*ENI OIL & GAS INC.*

By: /s/ Andrew A. Kassof

Mark McKane, P.C.
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: mark.mckane@kirkland.com

Andrew A. Kassof, P.C.
Brenton Rogers
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.kassof@kirkland.com
E-mail: brenton.rogers@kirkland.com

*Attorneys for Defendants*
*RIO TINTO ENERGY AMERICA INC.,*
*RIO TINTO MINERALS, INC., and*
*RIO TINTO SERVICES INC.*

By: */s/ Gregory Evans* _____

Gregory Evans
MCGUIREWOODS LLP
Wells Fargo Center
South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, CA 90071-3103
Telephone: (213) 457-9844
Facsimile: (213) 457-9888
E-mail: gevans@mcguirewoods.com

Steven R. Williams
Joy C. Fuhr
Brian D. Schmalzbach
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone:  (804) 775-1141
Facsimile:  (804) 698-2208
E-mail: srwilliams@mcguire-
woods.com
E-mail: jfuhr@mcguirewoods.com
E-mail:
bschmalzbach@mcguirewoods.com

*Attorneys for Defendants*
*DEVON ENERGY CORPORATION*
*and DEVON ENERGY PRODUCTION*
*COMPANY, L.P.*

By: */s/ Andrew McGaan* _____

Christopher W. Keegan
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: chris.keegan@kirkland.com

Andrew R. McGaan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.mcgaan@kirk-
land.com

Anna G. Rotman, P.C.
KIRKLAND & ELLIS LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
E-mail: anna.rotman@kirkland.com

Bryan D. Rohm
TOTAL E&P USA, INC.
1201 Louisiana Street, Suite 1800
Houston, TX 77002
Telephone: (713) 647-3420
E-mail: bryan.rohm@total.com

*Attorneys for Defendants*
*TOTAL E&P USA, INC. and TOTAL*
*SPECIALTIES USA, INC.*

By: /s/ *Michael F. Healy*

Michael F. Healy
SHOOK HARDY & BACON LLP
One Montgomery St., Suite 2700
San Francisco, CA 94104
Telephone:  (415) 544-1942
E-mail:  mfhealy@shb.com

Michael L. Fox
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3902
E-mail:  MLFox@duanemorris.com

Attorneys for Defendant
OVINTIV CANADA ULC
(fka "Encana Corporation")

By: */s/ Peter Duchesneau*

Craig A. Moyer
Peter Duchesneau
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
E-mail:  cmoyer@manatt.com
E-mail:  pduchesneau@manatt.com

Stephanie A. Roeser
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474
E-mail:  sroeser@manatt.com

Nathan P. Eimer
Lisa S. Meyer
Pamela R. Hanebutt
EIMER STAHL LLP
224 South Michigan Avenue, Ste. 1100
Chicago, IL 60604
Telephone: (312) 660-7605
Facsimile: (312) 961-3204
Email: neimer@EimerStahl.com
Email: lmeyer@EimerStahl.com
Email: phanebutt@EimerStahl.com

Robert E. Dunn
EIMER STAHL LLP
99 S. Almaden Blvd., Suite 662
San Jose, CA 95113
Telephone: (669) 231-8755
Email: rdunn@eimerstahl.com

*Attorneys for Defendant*
*CITGO PETROLEUM CORPORATION*

By: */s/ J. Scott Janoe*

Christopher J. Carr
Jonathan A. Shapiro
BAKER BOTTS L.L.P.
101 California Street
36th Floor, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
Email: chris.carr@bakerbotts.com
Email: jonathan.shapiro@baker-botts.com

Scott Janoe
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1553
Facsimile:  (713) 229 7953
Email: scott.janoe@bakerbotts.com

Evan Young
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Austin, Texas 78701
Telephone: (512) 322-2506
Facsimile: (512) 322-8306
Email: evan.young@bakerbotts.com

Megan Berge
BAKER BOTTS L.L.P.
701 K Street, NW
Washington, DC 20004
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

*Attorneys for Defendants*
*HESS CORPORATION, REPSOL EN-*
*ERGY NORTH AMERICA CORP., and*
*REPSOL TRADING USA CORP*

By: */s/ Shannon S. Broome*

Shannon S. Broome
Ann Marie Mortimer
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
E-mail: SBroome@HuntonAK.com
E-mail: AMortimer@HuntonAK.com

Shawn Patrick Regan
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY   10166-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
E-mail: SRegan@HuntonAK.com

*Attorneys for Defendant*
*MARATHON PETROLEUM CORPO-*
*RATION*

By: /s/ Kevin Orsini

By: /s/ Donald W. Carlson

Kevin Orsini
Vanessa A. Lavely
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
E-mail: korsini@cravath.com
E-mail: vlavely@cravath.com

Stephen C. Lewis
R. Morgan Gilhuly
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Facsimile: (415) 228-5450
E-mail: slewis@bargcoffin.com
E-mail: mgilhuly@bargcoffin.com

*Attorneys for Defendants*
*OCCIDENTAL PETROLEUM CORP.*
*and OCCIDENTAL CHEMICAL*
*CORP.*

Donald W. Carlson
A. David Bona
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Tel: (415) 391-3911
Fax: (415) 391-3898
E-mail: dcarlson@ccplaw.com
E-mail: dbona@ccplaw.com

Attorneys for Defendants
MARATHON OIL CORPORATION
and MARATHON OIL COMPANY

# EXHIBIT 2

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**October 17, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY; BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY; CITY OF BOULDER, | |
| Plaintiffs - Appellees, | |
| v. | No. 19-1330 (D.C. No. 1:18-CV-01672-WJM-SKC) (D. Colo.) |
| SUNCOR ENERGY (U.S.A.), INC.; SUNCOR ENERGY SALES INC.; SUNCOR ENERGY INC.; EXXON MOBIL CORPORATION, | |
| Defendants - Appellants. | |

_____

### ORDER

_____

Before **LUCERO** and **McHUGH**, Circuit Judges.

_____

Appellants request an emergency stay of the district court's remand order pending this court's determination of their appeal. In deciding whether to grant a stay pending appeal, this court considers, "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009) (internal quotation marks omitted). The decision

whether to grant a stay involves "an exercise of judicial discretion," *id.* at 433 (internal

quotation marks omitted), and "[t]he party requesting a stay bears the burden of showing

that the circumstances justify an exercise of that discretion," *id.* at 433-34.

Upon consideration, we conclude that Appellants have not made the necessary

showing to warrant entry of a stay pending appeal.  Accordingly, the motion for stay is

denied.  The deadline for Appellees to file a response to the motion is vacated, and

Appellants' motion for clarification is denied as moot.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk

# EXHIBIT 3

FILED: October 1, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1644
(1:18-cv-02357-ELH)

_____

MAYOR AND CITY COUNCIL OF BALTIMORE

       Plaintiff - Appellee

v.

BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.;
CROWN CENTRAL LLC; CROWN CENTRAL NEW HOLDINGS LLC;
CHEVRON CORP.; CHEVRON U.S.A. INC.; EXXON MOBIL CORP.;
EXXONMOBIL OIL CORPORATION; ROYAL DUTCH SHELL, PLC; SHELL
OIL COMPANY; CITGO PETROLEUM CORP.; CONOCOPHILLIPS;
CONOCOPHILLIPS COMPANY; PHILLIPS 66; MARATHON OIL
COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM
CORPORATION; SPEEDWAY LLC; HESS CORP.; CNX RESOURCES
CORPORATION; CONSOL ENERGY, INC.; CONSOL MARINE TERMINALS
LLC

       Defendants - Appellants

 and

LOUISIANA LAND & EXPLORATION CO.; PHILLIPS 66 COMPANY;
CROWN CENTRAL PETROLEUM CORPORATION

       Defendants

------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

       Amicus Supporting Appellant

NATIONAL LEAGUE OF CITIES; U. S. CONFERENCE OF MAYORS;
INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION; PUBLIC
CITIZEN, INC.; SHELDON WHITEHOUSE; EDWARD J. MARKEY; STATE
OF MARYLAND; STATE OF CALIFORNIA; STATE OF CONNECTICUT;
STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF OREGON;
STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF
WASHINGTON; MARIO J. MOLINA; MICHAEL OPPENHEIMER; BOB
KOPP; FRIEDERIKE OTTO; SUSANNE C. MOSER; DONALD J.
WUEBBLES; GARY GRIGGS; PETER C. FRUMHOFF; KRISTINA DAHL;
NATURAL RESOURCES DEFENSE COUNCIL; ROBERT BRULLE; CENTER
FOR CLIMATE INTEGRITY; CHESAPEAKE CLIMATE ACTION
NETWORK; JUSTIN FARRELL; BEN FRANTA; STEPHAN
LEWANDOWSKY; NAOMI ORESKES; GEOFFREY SUPRAN; UNION OF
CONCERNED SCIENTISTS

       Amici Supporting Appellee

_____

O R D E R

_____

Upon review of submissions relative to the motion for stay pending appeal,

the court denies the motion.

Entered at the direction of Judge Wynn with the concurrence of Chief Judge

Gregory and Judge Diaz.

           For the Court

           /s/ Patricia S. Connor, Clerk

# EXHIBIT 4

# United States Court of Appeals
## For the First Circuit

————————————

No. 19-1818

STATE OF RHODE ISLAND,

Plaintiff - Appellee,

v.

SHELL OIL PRODUCTS COMPANY, LLC; CHEVRON CORP.; CHEVRON USA, INC.;
EXXONMOBIL CORP.; BP, PLC; BP AMERICA, INC.; BP PRODUCTS NORTH
AMERICA, INC.; ROYAL DUTCH SHELL PLC; MOTIVA ENTERPRISES, LLC; CITGO
PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66;
MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON
PETROLEUM CORP.; MARATHON PETROLEUM COMPANY, LP; SPEEDWAY, LLC;
HESS CORP.; LUKOIL PAN AMERICAS LLC; GETTY PETROLEUM MARKETING, INC.,

Defendants - Appellants.

————————————

Before

Howard, <u>Chief Judge</u>,
Torruella and Thompson, <u>Circuit Judges</u>.

————————————

**ORDER OF COURT**

Entered: October 7, 2019

Defendants-appellants request a stay pending appeal of the district court's July 22, 2019,
Opinion and Order remanding the underlying action to Rhode Island state court.  D. Ct. Dkt. #122.
The motion is <u>denied</u>.  The Clerk of Court will set a briefing schedule in the ordinary course.  Any
party intending to seek expedited review should so move promptly.

By the Court:

Maria R. Hamilton, Clerk

cc:
Rebecca Tedford Partington, Neil F. X. Kelly, Corrie J. Yackulic, Matthew Kendall Edling,
Victor Marc Sher, David Charles Frederick, Robert David Fine, Douglas Jay Emanuel,
Brendan J. Crimmins, Elizabeth Ann Kim, Jerome C. Roth, Grace W. Knofczynski,
Neal S. Manne, Gerald J. Petros, Robin-Lee Main, Joshua S. Lipshutz, Theodore J. Boutrous Jr.,
Matthew Thomas Oliverio, Kannon K. Shanmugam, William Thomas Marks, Daniel J. Toal,
Theodore V. Wells Jr., Jaren Janghorbani, John A. Tarantino, Patricia K. Rocha, Nicole J.
Benjamin, Nancy Gordon Milburn, Philip H. Curtis, Matthew T. Heartney, John E. Bulman,
Stephen John MacGillivray, Lisa S. Meyer, Nathan P. Eimer, Pamela R. Hanebutt,
Raphael Janove, Ryan Walsh, Michael J. Colucci, Robert G. Flanders Jr., Timothy K. Baldwin,
Jameson R. Jones, Margaret Tough, Sean C. Grimsley, Steven Mark Bauer, Robert P. Reznick,
Stephen M. Prignano, James L. Stengel, Jeffrey B. Pine, Shawn Patrick Regan, Shannon S.
Broome, Ann Marie Mortimer, Jason Christopher Preciphs, Jacob Scott Janoe, Lauren Motola-
Davis, Samuel A. Kennedy-Smith