# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| The COUNTY OF SAN MATEO, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Plaintiff,<br><br>       v.<br><br>CHEVRON CORP., et al.,<br><br>            Defendants. | First Filed Case No. 3:17-cv-04929-VC<br><br>Related to Case No. 3:17-cv-4934-VC<br>Related to Case No. 3:18-cv-0450-VC<br>Related to Case No. 3:17-cv-4935-VC<br>Related to Case No. 3:18-cv-0458-VC<br>Related to Case No. 3:18-cv-0732-VC<br><br>**[PROPOSED] ORDER DENYING STAY OF REMAND ORDER OR, IN THE ALTERNATIVE, TO DELAY REMAND** |
| The CITY OF IMPERIAL BEACH, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Plaintiff,<br><br>       v.<br>CHEVRON CORP., et al.,<br><br>            Defendants | Case No. 3:17-cv-4934-VC |

**[PROPOSED] ORDER DENYING STAY OF REMAND ORDER OR, IN THE ALTERNATIVE, TO DELAY REMAND**

| | |
|---|---|
| THE COUNTY OF SANTA CRUZ, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No. 3:18-cv-0450-VC |
| THE COUNTY OF MARIN, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No. 3:17-cv-4935-VC |
| THE CITY OF SANTA CRUZ, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No. 3:18-cv-0458-VC |
| THE CITY OF RICHMOND, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No. 3:18-cv-0732-VC |

**[PROPOSED] ORDER DENYING STAY OF REMAND ORDER OR, IN THE ALTERNATIVE, TO DELAY REMAND**

# [PROPOSED] ORDER

Having considered Defendants' Administrative Motion to Confirm Stay of Remand Order or, in the Alternative, to Delay Remand ("Motion") the Court hereby **DENIES** the Motion.

**IT IS SO ORDERED.**

Dated:

                                Hon. Vince Chhabria
                                United States District Judge