UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN MATEO,<br><br>      Plaintiff,<br><br>    v.<br><br>CHEVRON CORP., et al.,<br><br>      Defendants. | Case No.  17-cv-04929-VC<br><br>**ORDER REGARDING MOTION TO CONFIRM STAY**<br><br>Re: Dkt. No. 267 |
| CITY OF IMPERIAL BEACH,<br><br>      Plaintiff,<br><br>    v.<br><br>CHEVRON CORP., et al.,<br><br>      Defendants. | Case No.  17-cv-04934-VC<br><br>Re: Dkt. No. 243 |
| CITY OF IMPERIAL BEACH,<br><br>      Plaintiff,<br><br>    v.<br><br>CHEVRON CORP., et al.,<br><br>      Defendants. | Case No.  17-cv-04935-VC<br><br>Re: Dkt. No. 245 |
| COUNTY OF SANTA CRUZ,<br><br>      Plaintiff,<br><br>    v.<br><br>CHEVRON CORP., et al.,<br><br>      Defendants. | Case No.  18-cv-00450-VC<br><br>Re: Dkt. No. 155 |

| | |
|---|---|
| CITY OF SANTA CRUZ,<br><br>      Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>      Defendants. | Case No.  18-cv-00458-VC<br><br>Re: Dkt. No. 154 |
| CITY OF RICHMOND,<br><br>      Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>      Defendants. | Case No.  18-cv-00732-VC<br><br>Re: Dkt. No. 142 |

In response to the request to clarify the terms of the original stay, the defendants are informed that the stay was intended to apply until the mandate issues. In the event the Court of Appeals does not stay issuance of the mandate, the defendants may file in this Court a request for an additional stay of the remand order while the petition for certiorari is pending.

**IT IS SO ORDERED.**

Dated: August 20, 2020

VINCE CHHABRIA
United States District Judge

2