FILED

SEP 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COUNTY OF SAN MATEO, individually and on behalf of the People of the State of California,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>      Defendants-Appellants. | No.   18-15499<br><br>D.C. No. 3:17-cv-04929-VC<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| CITY OF IMPERIAL BEACH, individually and on behalf of the People of the State of California,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>      Defendants-Appellants. | No.   18-15502<br><br>D.C. No. 3:17-cv-04934-VC<br>Northern District of California,<br>San Francisco |
| COUNTY OF MARIN, individually and on behalf of the People of the State of California,<br><br>      Plaintiff-Appellee, | No.   18-15503<br><br>D.C. No. 3:17-cv-04935-VC<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| v.<br><br>CHEVRON CORPORATION; et al.,<br><br>       Defendants-Appellants. | |
| COUNTY OF SANTA CRUZ, individually and on behalf of The People of the State of California; et al.,<br><br>       Plaintiffs-Appellees,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>       Defendants-Appellants. | No.   18-16376<br><br>D.C. Nos.   3:18-cv-00450-VC<br>                  3:18-cv-00458-VC<br>                  3:18-cv-00732-VC<br>Northern District of California,<br>San Francisco |

Before:  IKUTA, CHRISTEN, and LEE, Circuit Judges.

The request to extend the stay of the mandate (ECF No. 239) is **GRANTED**. The mandate was stayed for 90 days to permit Defendants-Appellants to file a petition for writ of certiorari in the Supreme Court.  ECF No. 238.  The Supreme Court has provided an additional 60 days for Defendants-Appellants to file their petition.  ECF No. 239.  Pursuant to Rule 41(d)(2)(B)(i) of the Federal Rules of Appellate Procedure, the stay of the mandate (ECF No. 238) is extended for an additional 60 days.  Should the Supreme Court grant certiorari, the mandate will be

stayed pending disposition of the case.  Should the Supreme Court deny certiorari, the mandate will issue immediately.  The parties shall advise this Court immediately upon the Supreme Court's decision.