JEROME C. ROTH (State Bar No. 159483)
jerome.roth@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

David C. Frederick
Brendan J. Crimmins
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036
202-326-7951
Email: dfrederick@kellogghansen.com
Email: bcrimmins@kellogghansen.com

Attorneys for Defendants SHELL OIL PRODUCTS COMPANY LLC and ROYAL DUTCH SHELL PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SAN MATEO, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No.:         17-cv-04929-VC<br>Related Case:  17-cv-04934-VC<br>Related Case:  17-cv-04935-VC<br>Related Case:  18-cv-00450-VC<br>Related Case:  18-cv-00458-VC<br>Related Case:  18-cv-00732-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS ROYAL DUTCH SHELL PLC AND SHELL OIL PRODUCTS COMPANY LLC**<br><br>Judge:   Hon. Vince Chhabria |

| | |
|---|---|
| CITY OF IMPERIAL BEACH, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORP., et al.;<br><br>Defendants. | Case No.: 17-cv-04934-VC |
| COUNTY OF MARIN, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No. 17-CV-04935-VC |
| THE COUNTY OF SANTA CRUZ, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No.: 18-cv-00450-VC |

Case Nos.: 17-cv-04929-VC; 17-cv-04934-VC; 17-cv-04935-VC;
18-cv-00450-VC; 18-cv-00458-VC; 18-cv-00732-VC

NOTICE OF WITHDRAWAL OF COUNSEL

| | |
|---|---|
| THE CITY OF SANTA CRUZ, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORP., et al.<br><br>Defendants. | Case No.: 18-cv-00458-VC |
| THE CITY OF RICHMOND, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORP. et al.,<br><br>Defendants. | Case No.: 18-cv-00732-VC |

NOTICE IS HEREBY GIVEN that Jerome C. Roth of the law firm Munger, Tolles & Olson LLP and Elizabeth A. Kim and Daniel P. Collins, formerly of the law firm Munger, Tolles & Olson LLP withdraw as counsel for SHELL OIL PRODUCTS COMPANY LLC and ROYAL DUTCH SHELL PLC (collectively, "Shell") in the above-captioned related matters. The Court and the parties are respectfully requested to remove Mr. Roth, Mr. Collins, and Ms. Kim from the service list and ECF notifications for this action.

NOTICE IS FURTHER GIVEN that counsel of record, the law firms of Kellogg Hansen Todd Figel & Frederick PLLC and Lafayette & Kumagai LLP will continue to serve as counsel for Shell.

1  DATED:  October 16, 2020           MUNGER, TOLLES & OLSON LLP

2                                     By:        */s/ Jerome C. Roth*
3                                          JEROME C. ROTH
                                            560 Mission Street
4                                           Twenty-Seventh Floor
                                            San Francisco, California 94105-2907
5                                           Telephone: (415) 512-4000
                                            Facsimile: (415) 512-4077
6                                           E-mail: jerome.roth@mto.com

7                                           David C. Frederick (*pro hac vice*)
                                            Brendan J. Crimmins (*pro hac vice*)
8                                           KELLOGG, HANSEN, TODD,
                                              FIGEL & FREDERICK, P.L.L.C.
9                                           1615 M Street, N.W., Suite 400
                                            Washington, D.C. 20036
10                                          Telephone: (202) 326-7900
                                            Facsimile: (202) 326-7999
11                                          E-mail: dfrederick@kellogghansen.com
                                            E-mail: bcrimmins@kellogghansen.com
12
                                            *Attorneys for Defendants Shell Oil Products*
13                                          *Company LLC and Royal Dutch Shell plc*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos.: 17-cv-04929-VC; 17-cv-04934-VC; 17-cv-04935-VC;
18-cv-00450-VC; 18-cv-00458-VC; 18-cv-00732-VC

-2-

NOTICE OF WITHDRAWAL OF COUNSEL

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Withdrawal of Appearance was filed electronically on October 16, 2020, with the United States District Court for the Northern District of California, San Francisco Division, and has been duly served via ECF on all counsel of record.

Dated:   October 16, 2020                    /s/ *Jerome C. Roth*
                                                                  Jerome C. Roth

Case Nos.: 17-cv-04929-VC; 17-cv-04934-VC; 17-cv-04935-VC;
18-cv-00450-VC; 18-cv-00458-VC; 18-cv-00732-VC
-3-
NOTICE OF WITHDRAWAL OF COUNSEL