ROSS M. PETTY (SBN 166366)
rpetty@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (866) 542-6538

DAVID C. FREDERICK (pro hac vice)
dfrederick@kellogghansen.com
BRENDAN J. CRIMMINS (pro hac vice)
bcrimmins@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900

Attorneys for Defendants
ROYAL DUTCH SHELL plc and
SHELL OIL PRODUCTS COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE COUNTY OF SAN MATEO, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No. 3:17-cv-04929-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR ROYAL DUTCH SHELL PLC AND SHELL OIL PRODUCTS LLC**<br><br>Judge: Hon. Vince Chhabria |
| THE CITY OF IMPERIAL BEACH, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs. | Case No. 3:17-cv-04934-VC |

4850-7600-1744.1                              -1-
NOTICE OF WITHDRAWAL OF COUNSEL
Case Nos. 3:17-cv-04929-VC; 3:17-cv-04934-VC; 3:17-cv-04935-VC;
3:18-cv-00450-VC; 3:18-cv-00458-VC; 3:18-cv-00732-VC

| | |
|---|---|
| CHEVRON CORP., et al.,<br><br>              Defendants. | |
| THE COUNTY OF MARIN, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>              Plaintiff,<br><br>   vs.<br><br>CHEVRON CORP., et al.,<br><br>              Defendants. | Case No. 3:17-cv-04935-VC |
| THE COUNTY OF SANTA CRUZ, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>              Plaintiff,<br><br>   vs.<br><br>CHEVRON CORP., et al.,<br><br>              Defendants. | Case No. 3:18-cv-00450-VC |
| THE CITY OF SANTA CRUZ, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>              Plaintiff,<br><br>   vs.<br><br>CHEVRON CORP., et al.,<br><br>              Defendants. | Case No. 3:18-cv-00458-VC |

///

///

///

///

///

4850-7600-1744.1
-2-
NOTICE OF WITHDRAWAL OF COUNSEL
Case Nos. 3:17-cv-04929-VC; 3:17-cv-04934-VC; 3:17-cv-04935-VC;
3:18-cv-00450-VC; 3:18-cv-00458-VC; 3:18-cv-00732-VC

| | |
|---|---|
| THE CITY OF RICHMOND, a municipal corporation, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHEVRON CORP., et al.,<br><br>    Defendants. | Case No. 3:18-cv-00732-VC |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ross M. Petty of Nixon Peabody LLP hereby withdraws as counsel of record in these actions for Defendants Royal Dutch Shell plc and Shell Oil Products Company LLC.  The Court and the parties are respectfully requested to remove Mr. Petty and Nixon Peabody LLP from the service list and ECF notifications for these actions.

NOTICE IS FURTHER GIVEN that counsel of record, the law firms of Kellogg, Hansen, Todd, Figel & Frederick PLLC and Lafayette & Kumagai LLP will continue to serve as counsel for Defendants Royal Dutch Shell plc and Shell Oil Products Company LLC.

Dated:  October 29, 2020                                NIXON PEABODY LLP


                                                        By: */s/ Ross M. Petty*
                                                        Ross M. Petty
                                                        Attorneys for Defendants
                                                        ROYAL DUTCH SHELL plc and
                                                        SHELL OIL PRODUCTS
                                                        COMPANY LLC

4850-7600-1744.1                                -3-
NOTICE OF WITHDRAWAL OF COUNSEL
Case Nos. 3:17-cv-04929-VC; 3:17-cv-04934-VC; 3:17-cv-04935-VC;
3:18-cv-00450-VC; 3:18-cv-00458-VC; 3:18-cv-00732-VC

**CERTIFICATE OF ELECTRONIC SERVICE**

I, Lillian Cardona, certify that:

The within document entitled **"NOTICE OF WITHDRAWAL OF COUNSEL FOR ROYAL DUTCH SHELL PLC AND SHELL OIL PRODUCTS LLC"** is being filed electronically through the Electronic Case Filing ("ECF") system provided by the Court and shall be available for viewing and downloading from the ECF system.

DATED:  October 29, 2020

_____
Lillian Cardona

4850-7600-1744.1    -4-
NOTICE OF WITHDRAWAL OF COUNSEL
Case Nos. 3:17-cv-04929-VC; 3:17-cv-04934-VC; 3:17-cv-04935-VC;
3:18-cv-00450-VC; 3:18-cv-00458-VC; 3:18-cv-00732-VC