FILED

JUN 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COUNTY OF SAN MATEO, individually and on behalf of the People of the State of California,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>   Defendants-Appellants. | No. 18-15499<br><br>D.C. No. 3:17-cv-04929-VC<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| CITY OF IMPERIAL BEACH, individually and on behalf of the People of the State of California,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>   Defendants-Appellants. | No. 18-15502<br><br>D.C. No. 3:17-cv-04934-VC<br>Northern District of California,<br>San Francisco |
| COUNTY OF MARIN, individually and on behalf of the People of the State of California,<br><br>   Plaintiff-Appellee, | No. 18-15503<br><br>D.C. No. 3:17-cv-04935-VC<br>Northern District of California,<br>San Francisco |

|  |  |
|---|---|
| v.<br><br>CHEVRON CORPORATION; et al.,<br><br>      Defendants-Appellants. |  |
| COUNTY OF SANTA CRUZ, individually and on behalf of The People of the State of California; et al.,<br><br>      Plaintiffs-Appellees,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>      Defendants-Appellants. | No.  18-16376<br><br>D.C. Nos.  3:18-cv-00450-VC<br>                3:18-cv-00458-VC<br>                3:18-cv-00732-VC<br>Northern District of California,<br>San Francisco |

Before: IKUTA, CHRISTEN, and LEE, Circuit Judges.

The panel has unanimously voted to deny Appellants' Petition for Rehearing En Banc (Dkt. 318).

The full court has been advised of the Petition for Rehearing En Banc, and no Judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing en banc is **DENIED.**