**FILED**

UNITED STATES COURT OF APPEALS

JUN 30 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COUNTY OF SAN MATEO, individually and on behalf of the People of the State of California, | No.   18-15499 |
| | D.C. No. 3:17-cv-04929-VC |
| Plaintiff-Appellee, | Northern District of California, San Francisco |
| v. | |
| | ORDER |
| CHEVRON CORPORATION; et al., | |
| Defendants-Appellants. | |

| | |
|---|---|
| CITY OF IMPERIAL BEACH, individually and on behalf of the People of the State of California, | No.   18-15502 |
| | D.C. No. 3:17-cv-04934-VC Northern District of California, San Francisco |
| Plaintiff-Appellee, | |
| v. | |
| CHEVRON CORPORATION; et al., | |
| Defendants-Appellants. | |

| | |
|---|---|
| COUNTY OF MARIN, individually and on behalf of the People of the State of California, | No.   18-15503 |
| | D.C. No. 3:17-cv-04935-VC Northern District of California, San Francisco |
| Plaintiff-Appellee, | |

v.

CHEVRON CORPORATION; et al.,

   Defendants-Appellants.

---

| COUNTY OF SANTA CRUZ,<br>individually and on behalf of The People<br>of the State of California; et al.,<br><br>   Plaintiffs-Appellees,<br><br>v.<br><br>CHEVRON CORPORATION; et al.,<br><br>   Defendants-Appellants. | No. 18-16376<br><br>D.C. Nos. 3:18-cv-00450-VC<br>     3:18-cv-00458-VC<br>     3:18-cv-00732-VC<br>Northern District of California,<br>San Francisco |

Before:  IKUTA, CHRISTEN, and LEE, Circuit Judges.

Appellants' Motion to Stay the Mandate (Dkt. 328) is granted.

Pursuant to Rule 41(d) of the Federal Rules of Appellate Procedure, the mandate is stayed for 90 days to permit Appellants to file a petition for writ of certiorari in the Supreme Court.  Appellants must notify the Court in writing that the petition has been filed, in which case the stay will continue until the Supreme Court resolves the petition.  *See* Fed. R. App. P. 41(d)(2)(B)(ii).  Should the Supreme Court grant certiorari, the mandate will be stayed pending disposition of

the case.  Should the Supreme Court deny certiorari, the mandate will issue

immediately.  The parties shall advise this Court immediately upon the Supreme

Court's decision.